# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARVIN MICHAEL HIGHSMITH,**

    Petitioner,

vs.

                                   **CASE NO. 4:08cv162-RH/WCS**

**WARDEN, FCI COLEMAN,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This is an amended petition for writ of habeas corpus filed by Marvin Michael Highsmith pursuant to 28 U.S.C. § 2241. Doc. 6. Petitioner was sentenced on May 16, 1985, in the Gainesville Division of this district, case number 1:84cr17-MP, to a 10 year parole eligible prison term followed by a 3 year special parole term. Doc. 14, p. 1. Petitioner was placed on parole three times, and his parole was revoked three times. *Id.*, p. 2. In the meantime, he committed state offenses and was, from time to time, in state custody serving those sentences. *Id.* He filed this petition while at the federal detention center in Tallahassee, arguing that he had completely served his sentence

and was being held beyond the expiration of his prison term. Docs. 6 and 16. He seeks immediate release. Doc. 6.

Petitioner was released on parole on September 19, 2009, and his parole supervision expired on January 14, 2010. See the BOP Inmate Locator report and the letter from the probation office notifying Petitioner that his parole supervision has ended, attached to this report and recommendation.[1] Since Petitioner's prison sentence has now expired and he is no longer in jeopardy of revocation of parole on this sentence, any claim that the sentence was miscalculated and he served too much time is now moot. *See*, Spencer v. Kemna, 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (a claim that parole was wrongfully revoked becomes moot when the prison sentence upon revocation of that parole expires); United States v. Mercurris, 192 F.3d 290, 294 (2nd Cir. 1999) (a challenge to a sentence enhancement that lengthened the prison sentence becomes moot after the prison sentence has been completely served).

Accordingly, it is **RECOMMENDED** that 28 U.S.C. § 2241 petition for writ of habeas corpus filed by Marvin Michael Highsmith be **DENIED as MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on February 24, 2010.

                                                     **s/ William C. Sherrill, Jr.**
                                                     **WILLIAM C. SHERRILL, JR.**
                                                     **UNITED STATES MAGISTRATE JUDGE**

---

[1] The BOP Locator information can be found at: http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=IDSearch&needingMoreList=false&IDType=IRN&IDNumber=08104-017&x=57&y=13. The termination letter is from the probation office of this division.

Case No. 4:08cv162-RH/WCS

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

# ATTACHMENTS

Home Site Map Contact Us



An agency of the U.S. Department of Justice

Search

| About | Inmate Locator | Prison Facilities | Careers | Inmate Matters | Policy/Forms | Doing Business | News/Information |



---

Inmate Locator

- About the Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits

- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Related Documents

Case No. 4:08cv162-RH/WCS

Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register # | Age-Race-Sex | Release Date Actual or Projected | Location |
|---|---|---|---|---|
| 1. MICHAEL HIGHSMITH | 08104-017 | 57-White-M | **09-18-2009** | **RELEASED** |

Results 1 - 1 of 1
New Search FAQs Privacy

About | Inmate Locator | Prison Facilities | Careers | Inmate Matters | Policy/Forms | Doing Business | News/Information
Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies | FOIA | No FEAR Act | Privacy Policy

Case No. 4:08cv162-RH/WCS

| MARK COOK<br>CHIEF U.S. PROBATION OFFICER<br>119 N. PALAFOX STREET<br>PENSACOLA, FL 32502<br>(850)470-8200<br>FAX (850)470-8226 | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>PROBATION OFFICE** | SYLVESTER GRIFFIN<br>DEPUTY CHIEF<br>30 W. GOVERNMENT STREET<br>PANAMA CITY, FL 32401<br>(850)769-8069<br>FAX (850)769-0267 |
|---|---|---|

**PLEASE REPLY TO:**
401 S.E. 1ST AVENUE, SUITE 228
GAINESVILLE, FL 32601-6892
(352)380-2425
FAX (352)380-2433

January 15, 2010

Mr. Michael Highsmith
1900518 NW 119th Place
Alachua, FL 32616

Dear Mr. Highsmith:

This letter is to advise you are no longer required to submit supervision reports to this office as your period of mandatory release was terminated on January 14, 2010.

Our office does not complete the request for restoration of civil rights form on your behalf. For your convenience, a Restoration of Civil Rights Data Worksheet is enclosed with this letter. This form may be completed and returned to the Office of Executive Clemency. For additional copies of the form, or to apply online, the web address is https://fpc.state.fl.us/Clemency.htm. For further information or assistance with the restoration process, contact Mrs. Janet H. Keels, Office of Executive Clemency, 2601 Blair Stone Road, Building C, Room 244, Tallahassee, Florida, 32399, telephone number 850/488-2952.

You are required to apply for the restoration of your right to bear firearms by contacting Department of Justice, Alcohol, Tobacco, Firearms and Explosives, Washington, D.C. 20226. There is a required waiting period of eight (8) years from the date of release from supervision.

I trust you have benefitted from your supervision and will never again find yourself in violation of the law. Best wishes to you in your future, favorable endeavors.

Sincerely yours,


Glenn H. McInnes
U.S. Probation Officer

/ghm

Case No. 4:08cv162-RH/WCS