# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARVIN MICHAEL HIGHSMITH,

    Petitioner,

v.                                    CASE NO. 4:08cv162-RH/WCS

WARDEN, FCI COLEMAN,

    Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation (document 20). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on March 27, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge